# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Rehabilitation and Community :
Providers Association, and :
Westmoreland County Blind :
Association, and Associated :
Production Services, Inc., and United :
Cerebral Palsy of Central :
Pennsylvania, Inc. and Scott Howard :
Schwartz by and through Theodore :
A. Schwartz, Co Guardian, and :
Ryan Brett by and through His :
Guardian Francis Brett, :
      Petitioners :
        :
    v.   :  No. 543 M.D. 2019
        :
Department of Human Services :
Office of Developmental Programs, :
     Respondents :

**PER CURIAM**     **O R D E R**

   NOW, March 4, 2021, upon consideration of Petitioners' application for reconsideration and Respondent's answer in response thereto, the application is denied.